IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN LYNN DALES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16cv00386 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HAYSI REGIONAL JAIL, | ) | United States District Judge |
| Defendant. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this 42 U.S.C § 1983 action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk shall STRIKE this action from the active docket of the court. The court notes that this dismissal is without prejudice and, thus, does not prevent Dales from refiling his claims in a separate civil action subject to the applicable limitations period.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to Mr. Dales, plaintiff.

Entered: December 8, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge